# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ALEXANDRA TORIBIO, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>THE KRAFT HEINZ COMPANY,<br><br>    Defendant. | Case No. 1:22-CV-06639<br><br>The Honorable Virginia M. Kendall |

## MOTION TO DISMISS CLASS ACTION COMPLAINT

**JENNER & BLOCK LLP**

Dean N. Panos (ARDC No. 6203600)
353 North Clark Street
Chicago, IL 60654
Tel.: (312) 222-9350
Fax: (312) 527-0484
DPanos@jenner.com

Kate T. Spelman (*pro hac vice*)
515 South Flower Street, Suite 3300
Los Angeles, CA 90071
Tel: (213) 239-5100
Fax: (213) 239-5199
KSpelman@jenner.com

Attorneys for Defendant
The Kraft Heinz Company

PLEASE TAKE NOTICE that Defendant The Kraft Heinz Company ("Kraft Heinz") hereby moves to dismiss Plaintiff's Class Action Complaint: (1) pursuant to Federal Rule of Civil Procedure 12(b)(6) and Federal Rule of Civil Procedure 9(b) for failure to state a claim on which relief can be granted and failure to plead with sufficient particularity; and (2) pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of Article III standing to seek damages or injunctive relief. Kraft Heinz seeks dismissal with prejudice and without leave to amend.

Kraft Heinz's Motion is based on this Motion, the accompanying Memorandum of Law, the accompanying Request for Judicial Notice and exhibits thereto, any reply or supplemental briefing Kraft Heinz may submit, and any further evidence or argument (including oral argument) that the Court may invite Kraft Heinz to present in connection with this Motion.

WHEREFORE, Kraft Heinz respectfully requests that the Court dismiss Plaintiff's Class Action Complaint with prejudice and without leave to amend.

Dated: February 6, 2023

Respectfully submitted,

By: /s/ Dean N. Panos
Dean N. Panos (ARDC No. 6203600)
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
DPanos@jenner.com

Attorneys for Defendant
The Kraft Heinz Company

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document was filed on February 6, 2023 with the Clerk of the Court by using the CM/ECF system, which will effect electronic service on all parties and attorneys registered to receive notifications via the CM/ECF system.


Dated:  February 6, 2023                              By:        /s/ Dean N. Panos
                                                                        Dean N. Panos