UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Alexandra Toribio

          Plaintiff,

v.                    Case No.: 1:22−cv−06639
                    Honorable Virginia M. Kendall

The Kraft Heinz Company

          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 21, 2023:

  MINUTE entry before the Honorable Virginia M. Kendall. Plaintiff's Unopposed Motion to amend/correct briefing schedule [24] is granted. Amended Complaint shall be filed by 3/17/2023. Responsive pleading due by 4/21/2023. If a Motion to Dismiss is filed, Response shall be due by 5/19/2023; Reply due by 6/9/2023. Initial Status hearing is reset for 4/27/2023 at 9:00 AM. Joint Status Report due by 4/24/2023. Motion to Dismiss [13] is dismissed as moot. Motion hearing set for 2/22/2023 is stricken. Virtual hearings will be held on Fridays at 9:30 AM. Virtual hearing requests must be pre−approved by the Court. If you need to appear virtually, send the attached form to Judge Kendall's courtroom deputy. The courtroom deputy will inform you as to whether your request has been approved. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.