UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ALEXANDRA TORIBIO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE KRAFT HEINZ COMPANY,<br><br>Defendant. | Case No.: 1:22-cv-06639<br><br>Hon. Lindsay C. Jenkins |

## PARTIES' JOINT STATUS REPORT

Pursuant to the Court's Order (ECF No. 40), Alexandra Toribio ("Plaintiff") and The Kraft Heinz Company ("Defendant") submit the following Joint Status Report.

The parties are currently awaiting the Court's ruling on the pending Motion to Dismiss (ECF No. 34), which is now fully briefed and ripe for adjudication. Should the Court deny Defendant's motion in whole or in part, the parties anticipate turning their attention to the completion of discovery, including any discovery necessary to support or oppose a motion for class certification. The parties have not yet had any settlement discussions.

The parties have exchanged Rule 26(a)(1) disclosures, and Plaintiff has served Defendant with written discovery requests consistent with the Court's order allowing limited discovery prior to a ruling on the motion to dismiss. Defendant plans to serve written discovery requests shortly.

The parties do not have any additional status updates at this time.

Dated: August 1, 2023                              Respectfully submitted,

/s/ *Gary Klinger*
Gary Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
221 West Monroe Street, Suite 2100
Chicago, IL 60606
Tel: (866) 252-0878
gklinger@milberg.com

Nick Suciu III*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
6905 Telegraph Road, Suite 115
Bloomfield Hills, MI 48301
Tel: (313) 303-3472
nsuciu@milberg.com

Erin Ruben
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
900 W. Morgan Street
Raleigh, NC 27603
T: 919-600-5000
eruben@milberg.com

J. Hunter Bryson*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
405 E 50th Street
New York, NY 10022
Tel: (630) 796-0903
hbryson@milberg.com

Jason P. Sultzer, Esq.*
Daniel Markowitz, Esq.*
**THE SULTZER LAW GROUP P.C.**
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
Tel: (845) 483-7100
Fax: (888) 749-7747
sultzerj@thesultzerlawgroup.com
markowitzd@thesultzerlawgroup.com

*Attorneys for Plaintiff*

**JENNER AND BLOCK LLP**

By: /s/ *Dean N. Panos*

**Dean N. Panos**
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
(312) 222-9350
Email: dpanos@jenner.com

**Kate T. Spelman** (*pro hac vice*)
Jenner and Block LLP
515 South Flower Street, Suite 3300
Los Angeles, CA 90071
(213) 239-5100
Email: kspelman@jenner.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2023, I caused a copy of the foregoing **PARTIES' JOINT STATUS REPORT** to be filed via the Court's ECF electronic filing system, which transmits a copy of the foregoing document to all counsel of record.

/s/ *Gary Klinger*
Gary Klinger

1