# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ALEXANDRA TORIBIO, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> THE KRAFT HEINZ COMPANY, <br><br> Defendant. | Case Number: 1:22-cv-06639 |

## NOTICE OF DISMISSAL

Plaintiff Alexandra Toribio, acting individually, pursuant to F.R.C.P. 41(a)(1)(A)(i), hereby dismisses this action with prejudice and without an award of fees or costs.

Dated: August 23, 2023

THE SULTZER LAW GROUP P.C.

*s/Jason Sultzer*
Jason P. Sultzer, Esq.
Philip J. Furia, Esq.
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
(845) 483-7100
sultzerj@thesultzerlawgroup.com
furiap@thesultzerlawgroup.com

*Attorneys for Plaintiff*